CARTER–BEVERIDGE DRILLING CO., Inc., Appellant,

v.

J. Willis HUGHES, Appellee.

No. 20264.

United States Court of Appeals Fifth Circuit.

Oct. 16, 1963.

Scott Tennyson, Jackson, Miss., Heidelberg, Woodliff & Franks, Jackson,

Miss., Lemle & Kelleher, New Orleans, La., of counsel, for appellant.

Thomas R. Crews, Jackson, Miss., Lucius F. Suthon, New Orleans, La., Alexander, Herring & Crews, Jackson, Miss., of counsel, for appellee.

Before RIVES and JONES, Circuit Judges, and DAWKINS, Jr., District Judge.

PER CURIAM.

Contrary to appellant's position, we hold that the venue provisions of 28 U.S. C. § 1391(c) are not applicable to corporations suing as plaintiffs. The effect of the statute is that a corporation *may be sued* in any judicial district in which it is incorporated or licensed to do business or is doing business, and such *defendant* corporation is considered a resident of the judicial district for venue purposes. 28 U.S.C.A. § 1391(c); Robert E. Lee & Co., Inc. v. Veatch, 301 F.2d 434 (C.A. 4, 1961), cert. denied 371 U.S. 813, 83 S.Ct. 23, 9 L.Ed.2d 55 (1962).

Affirmed.